Lloyd George MAXWELL, Sr.,
Petitioner—Appellant,

v.

UNITED STATES of America,
Respondent—Appellee.

No. 04–6352.

United States Court of Appeals,
Fourth Circuit.

Submitted June 10, 2004.

Decided June 18, 2004.

Lloyd George Maxwell, Sr., Appellant pro se.

Before WILLIAMS and TRAXLER, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM.

Lloyd George Maxwell, Sr., seeks to appeal the district court's order denying his petition for writ of error coram nobis. We have reviewed the record and the district court's opinion and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *See United States v. Maxwell,* Nos. CR–87–371–HM, CA–03–3178–L (D. Md. filed Feb. 4, 2004; entered Feb. 5, 2004). We

dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*